**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-2504

---

MELVIN STANLEY YATES, II,

                              Plaintiff - Appellant,

        versus

THE DISTRICT OF COLUMBIA,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (CA-04-
2845-8-RWT; BK-03-13176; AP-03-1244; AP-03-1218)

---

Submitted:  June 30, 2005            Decided:  July 27, 2005

---

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Charles E. Wagner, Silver Spring, Maryland, for Appellant.  Robert
J. Spagnoletti, Attorney General, Edward E. Schwab, Deputy Attorney
General, James C. McKay, Jr., Senior Assistant Attorney General,
Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Stanley Yates, II, appeals from the district court's order affirming the determination by the bankruptcy court that the District of Columbia was not precluded from introducing evidence of fraudulent conduct by Yates in its civil action to enforce the Consumer Protection Procedures Act, D.C. Code Ann. §§ 28-3904, 3909 (2001), against Yates after it had voluntarily dismissed with prejudice its claim that any debt in its favor against Yates based on fraud was nondischargeable in Yates' bankruptcy action.  We have reviewed the briefs, the joint appendix, and the bankruptcy court and district court orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Yates v. District of Columbia, No. CA-04-2845-8-RWT (D. Md. filed Nov. 10, 2004; entered Nov. 12, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED